In the Matter of FANNY B. LELAND et al., Respondents. CRESTON APARTMENTS CORPORATION, Appellant.

(Argued January 6, 1931; decided February 10, 1931.)

*Meyer Levy, James Murphy* and *Charles H. Friedrich* for appellant.

*Francis X. Hennessy* for respondents.

*Per Curiam.* The order should be interpreted as requiring the payment of the purchase price directly to the United States Trust Company, the substituted trustee. So interpreted the irregularities in the proceeding are formal rather than substantial.

The order should be affirmed, with costs.

CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ., concur; KELLOGG, J., not sitting.

Order affirmed.